CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Karla Francisca Chavez**<br>DOB: 1998; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br><br>25-00607MJ |

| Complaint for a violation of Title 18, United States Code, § 554(a) |
|---|

On or about May 30, 2025, in the District of Arizona, **Karla Francisca Chavez** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 3056 rounds of 7.62X39 ammunition and one H&K 21 E 7.62X39 machine gun, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On May 30, 2025, at approximately 8:45p.m., **Karla Francisca Chavez** attempted to exit the United States and enter the Republic of Mexico through the Douglas Port of Entry in Douglas Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped **Karla Francisca Chavez** who was the driver and sole occupant of a silver in color 2001 Chevrolet Silverado bearing Arizona license plate PYA0N1. U.S Customs and Border Protection Officer (CBPO) Canine Enforcement Officer (CEO) was conducting random sniffs of vehicles attempting to enter the Republic of Mexico with their assigned K9 Lena (Tag # 250107), when they obtained a positive alert from the vehicle **CHAVEZ** was traveling in. CBPOs proceeded to obtain a negative oral customs declaration for weapons, weapon parts, and ammunition. **CHAVEZ** told CBPOs that she was heading to Agua Prieta, Sonora to drop off baby clothing to a friend. CBPOs drove the vehicle through the Z-Portal (x-ray machine) and noticed anomalies within both rear quarter panels. During a physical inspection of the vehicle, CBPOs located a non-factory compartment within both the rear taillights of the truck. Within the compartment, CBPOs located multiple clear plastic zip-lock bags that contained 3056 rounds of 7.62X39 ammunition, one H&K 21 E 7.62X39 machine gun, and one 7.62X36 ammunition belt.

In a post-*Miranda* statement, **CHAVEZ** admitted knowing there was ammunition concealed within the vehicle. **CHAVEZ** stated that she had successfully smuggled ammunition on May 26, 2025. **CHAVEZ** stated that she was to get paid approximately $1,400 USD for each successful smuggling event. **CHAVEZ** admitted that she did not have a license to export weapons and/or ammunition and that she understood it was illegal to smuggle ammunition and/or weapons.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br><br>AUTHORIZED BY AUSA R. Arellano *Raquel Arellano* Digitally signed by RAQUEL ARELLANO Date: 2025.06.02 10:28:14 -07'00' | SIGNATURE OF COMPLAINANT<br>**BRIAN R VALLE** Digitally signed by BRIAN R VALLE Date: 2025.06.02 10:39:01 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>HSI TFO Brian R. Valle |

**Sworn by telephone  x**

| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Jacqueline M. Rateau* | DATE<br>June 2, 2025 |
|---|---|

[1]   See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
**Page 2 of 4**

The firearms and ammunition found in the vehicle **CHAVEZ** was driving qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. **CHAVEZ** did not possess an import/export license nor presented one to the CBPOs.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

25-00607MJ

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
**Page 3 of 4**





**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

25-00607MJ

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
**Page 4 of 4**

